IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 cr 65

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| THOMAS A. LEMON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Release and Request for a Detention Hearing (#35). At the call of the matter on for hearing it appeared that Defendant was present with his counsel, Fredilyn Sison and the Government was present and represented by AUSA Richard Edwards. At the call of the matter on for hearing it appeared that the Government did not object to the motion and after considering the motion, the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Release and Request for a Detention Hearing (#35) is **ALLOWED** and Defendant is released on terms and conditions of presentence release as shall appear of record.

Signed: December 16, 2015

Dennis L. Howell
United States Magistrate Judge